S787M/00034

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **JOAN HAYNES,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | Civil Action Number:  2:16-cv-2350-JTF-cgc |
| | ) | |
| **STATE FARM MUTUAL** | ) | |
| **AUTOMOBILE INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
|     **Defendant.** | | |

## JOINT NOTICE OF SETTLEMENT

Come now the parties, by and through their counsel of record, pursuant to Local Rule 83.13, and give notice that all matters by and between these parties have been settled and compromised.  The parties estimate that a proposed Notice of Dismissal and/or Stipulation of Dismissal and an Agreed Order of Dismissal will be submitted to the Court within forty-five (45) days of the filing of this Joint Notice of Settlement.

Respectfully submitted this 22nd day of November, 2016.

        **LEWIS, THOMASON, KING, KRIEG**
         **& WALDROP, P.C.**


        By: s/ Jonathan L. May
        CHRISTOPHER L. VESCOVO  (14516)
        JONATHAN L. MAY  (27408)
        *Attorneys for Defendant State Farm Mutual*
        *Automobile Insurance Company*
        2900 One Commerce Square
        40 South Main Street
        Memphis, TN 38103
        (901) 525-8721
        cvescovo@lewisthomason.com
        jmay@lewisthomason.com

- 2 -

**HALLIBURTON & LEDBETTER**

By: s/Mark Ledbetter
Mark Ledbetter (TN #17637)
254 Court Avenue, Suite 305
Memphis, TN 38103
901-523-8153
Mark794@aol.com

7012213

- 2 -