S787M/00034

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JOAN HAYNES,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action Number:  2:16-cv-2350-JTF-cgc |
| | ) |
| **STATE FARM MUTUAL** | ) |
| **AUTOMOBILE INSURANCE** | ) |
| **COMPANY** | ) |
| | ) |
|     Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their counsel of record, and submit this Stipulation of Dismissal with Prejudice, and have previously filed a Joint Notice of Settlement (D.E. #26). The parties hereby stipulate that this cause may be dismissed with prejudice.

Respectfully submitted this 13th day of December, 2016.

                        **LEWIS, THOMASON, KING, KRIEG**
                          **& WALDROP, P.C.**

                        By: s/ Jonathan L. May
                        CHRISTOPHER L. VESCOVO  (14516)
                        JONATHAN L. MAY  (27408)
                        *Attorneys for Defendant State Farm Mutual*
                        * Automobile Insurance Company*
                        2900 One Commerce Square
                        40 South Main Street
                        Memphis, TN 38103
                        (901) 525-8721
                        cvescovo@lewisthomason.com
                        jmay@lewisthomason.com

- 2 -

**HALLIBURTON & LEDBETTER**

By: s/Mark Ledbetter
Mark Ledbetter (TN #17637)
254 Court Avenue, Suite 305
Memphis, TN 38103
901-523-8153
Mark794@aol.com

7012229