# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| JOAN HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-02350-JTF-cgc |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice filed on December 13, 2016. (ECF No. 27). The Court, having considered the motion and being duly advised, finds that the motion is Granted.

IT IS THEREFORE ORDERED that this matter is DISMISSED with prejudice. Court costs shall be assessed against Defendant State Farm Mutual Automobile Insurance Company.

**IT IS SO ORDERED** this 21st day of December, 2016.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge