UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


JOAN HAYNES,

    Plaintiff,

v.                                                                     No. 2:16-cv-02350-JTF-cgc


STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.


# JUDGMENT

    Decision by Court. This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order entered by this Court on December 21, 2016.   (ECF No. 28).


## APPROVED:


*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                        THOMAS M. GOULD
United States District Judge                               CLERK

 December 21, 2016                                          s/Jerrick D. Murrell
     DATE                                                             (By) LAW CLERK